# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

SANDRA A. ZIKRY,

Appellant,

v.

BAYCARE HEALTH SYSTEM, INC., ST. JOSEPH'S HOSPITAL, INC.
D/B/A ST. JOSEPH'S WOMEN'S HOSPITAL; PAMELA TAYLOR, R.N.;
AND SANDRA VALIQUETTE, R.N.,

Appellees.

No.  2D22-2013
_____

December 27, 2023

Appeal from the Circuit Court for Hillsborough County; Paul L. Huey,
Judge.

Sandra A. Zikry, pro se.

Dinah S. Stein, Mark Hicks, and Sharon R. Vosseller of Hicks, Porter,
Ebenfeld & Stein, P.A., Miami, and Mindy McLaughlin and Carissa
Wheeler Brumby of Beytin, McLaughlin, McLaughlin, O'Hara & Bocchino,
P.A., Tampa, for Appellees.

PER CURIAM.

   Affirmed.

VILLANTI, LUCAS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.